IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYCE BREWER                                                                                          PLAINTIFF

v.                                          NO. 3:15-cv-00049 PSH

CAROLYN W. COLVIN, Acting Commissioner                                            DEFENDANT
of the Social Security Administration

### ORDER

Plaintiff Bryce Brewer ("Brewer") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 17. In the motion, he seeks fees and expenses totaling $2,704.12. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Brewer.

The Court has reviewed Brewer's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $2,704.12 are awarded to Brewer. Because the award belongs to Brewer, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall

issue payment of this award by check made payable to Brewer, in care of his attorney, Anthony W. Bartels ("Bartels"), and shall mail the check to Bartels at his Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 13th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE